CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 25 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TION TERRELL,<br>    Plaintiff, | ) <br>) | Civil Action No. 7:07cv00518 |
| v. | )<br>) | **ORDER** |
| L. R. MONTALBANO, et al.,<br>    Defendants. | )<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's request for injunctive relief [docket no. 36] shall be and hereby is **DENIED**.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 25th day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge