CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 21 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TION TERRELL,<br>Plaintiff, | )<br>) Civil Action No. 7:07-cv-00518<br>) |
| v. | ) ORDER<br>) |
| L.R. MONTALBANO, et al.,<br>Defendants. | ) By: Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendant Montalbano's motion for summary judgment (docket #31) is **GRANTED in part** and **DENIED in part**: it is granted as to the First Amendment claim and denied as to the RLUIPA claim; plaintiff Terrell's First Amendment claim against defendant Chief of Operations, Offender Management Services is **DISMISSED** and the Clerk is directed to **TERMINATE** Chief of Operations, Offender Management Services as a defendant in this case; plaintiff Terrell's request for injunctive relief is **DISMISSED as moot**; plaintiff Terrell's motion for default judgment (docket #46) is **DISMISSED**; and plaintiff Terrell's motion for summary judgment (docket #41) is **DISMISSED**. Accordingly, only plaintiff Terrell's Religious Land Use and Institutionalized Persons Act claim for damages against defendant Montalbano remains.

It is further **ORDERED** pursuant to this court's standing order dated May 3, 1996, that defendant Montalbano is **DIRECTED** to file a motion for summary judgment supported by affidavits regarding her allegation of a compelling government interest within twenty (20) days of entry of this order. Plaintiff Terrell will then be given an opportunity to respond to that motion for summary judgment.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This 21st day of October, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge