CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 23 2009

JOHN F. CORCORAN, CLERK
BY: HM cDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| TION TERRELL, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00518 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| L.R. MONTALBANO, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the defendant's supplemental motion for summary judgment is **GRANTED**; plaintiff's

supplemental motion for summary judgment is **DENIED**; the plaintiff's complaint is

**DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff and counsel of record for the respondent.

**ENTER**: This ___23rd___ day of January, 2009.

Senior United States District Judge